UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

———————————

№ 22-CV-7815 (HG) (RER)

———————————

Related Cases: 22-CV-5416; 22-CV-6515; 22-CV-6538; 22-CV-6775

———————————

Robert Malek, et al.

versus

Margaret Ingoglia, et al.

———————————

**ORDER**

January 20, 2023

———————————

**RAMON E. REYES, JR., U.S.M.J.:**

Pursuant to a letter filed by Pro Se Plaintiff Robert Malek ("Plaintiff"), dated January 10, 2023, Plaintiff is "no longer receiving physical mail" and any mail sent to 1936 Hempstead Turnpike #109, East Meadow, New York will not be received. (ECF No. 6, at 4; 6-1 at 4; 6-2 at 4; 6-3 at 4). Plaintiff's letter includes an email address in the heading and signature: abc75abc@gmail.com. (ECF Nos. 6, at 1, 4; 6-1 at 1, 4; 6-2 at 1, 4; 6-3 at 1, 4). This email address has been added to the docket of this case and related cases to ensure Plaintiff's prompt receipt of all filings. The Court will no longer send paper copies of court issued documents by mail. Plaintiff is directed to promptly notify the Court if there is any change in his email address or physical mailing address.

**SO ORDERED.**

    **/s/ Ramon E. Reyes, Jr.**
    RAMON E. REYES, JR.
    United States Magistrate Judge
    Dated: January 20, 2023
        Brooklyn, NY